**ORIGINAL**

| | |
|---|---|
| MARK D. FOWLER (Bar No. 124235)<br>mark.fowler@dlapiper.com<br>M. ELIZABETH DAY (Bar No. 177125)<br>elizabeth.day@dlapiper.com<br>SAL LIM (Bar No. 211836)<br>sal.lim@dlapiper.com<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303-2215<br>Tel: 650.833.2000<br>Fax: 650.833.2001<br><br>Attorneys for Plaintiff<br>SAMSUNG ELECTRONICS CO., LTD. | WILLIAM L. ANTHONY (Bar No. 106908)<br>wanthony@orrick.com<br>KAI TSENG (Bar No. 192756)<br>ktseng@orrick.com<br>MATTHEW HULT (Bar No. 197137)<br>matthult@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Tel: 650.614.7400<br>Fax: 650.614.7401<br><br>Attorneys for Defendant<br>COMPAL ELECTRONICS, INC. |

**FILED**
JAN 17 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUANTA COMPUTER, INC., QUANTA COMPUTER USA, INC., and COMPAL ELECTRONICS, INC.,<br><br>　　　　Defendants. | CASE NO. C 00-4524 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY TO ALLOW SAMSUNG TO TAKE DEPOSITION OF DAVID N. LATHROP** |

## STIPULATION

The Parties to this stipulation, Plaintiff Samsung Electronics Co., Ltd. ("Samsung"), by and through its counsel of record, and Defendant Compal Electronics, Inc. ("Compal"), by and through its counsel of record, agree and stipulate as follows:

WHEREAS, Compal has stated its intentions to rely on the opinions of David N. Lathrop of Gallagher & Lathrop P.C. ( "Compal's Opinion Counsel");

WHEREAS, Samsung issued a subpoena for the deposition of Compal's Opinion Counsel on July 6, 2005;

-1-
EM\7198165.3
347269-904400
STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY TO ALLOW SAMSUNG TO TAKE DEPOSITION OF DAVID N. LATHROP; CASE NO. C-00-4524 VRW

DLA PIPER RUDNICK
GRAY CARY US LLP

1  WHEREAS, Mr. Lathrop is unavailable for deposition until January 20, 2005;

2  WHEREAS, the discovery cut-off in the above captioned case was December 21, 2005;

3  WHEREAS, the Parties agree to extend the discovery cut-off solely to allow Samsung to
4  depose Compal's Opinion Counsel after the discovery cut-off;

5  IT IS THEREFORE STIPULATED BY THE PARTIES THAT:

6  1.   It was for good cause, pursuant to Civil Local Rule 26-2, that Compal's Opinion
7  Counsel was unavailable for deposition before the discovery cut-off.

8  2.   The deposition of Compal's Opinion Counsel may be noticed for and will be taken
9  on January 20, 2006.

10 3.   The Parties will not object to the use, reliance upon, or admission into evidence of
11 the transcript from the deposition of Compal's Opinion Counsel on the ground that the deposition
12 testimony was taken after the discovery cut-off.

Dated: January 4, 2006

DLA PIPER RUDNICK GRAY CARY US LLP

By _____
MARK D. FOWLER
M. ELIZABETH DAY
SAL LIM
Attorneys for Plaintiff

Dated: January 5, 2006

ORRICK, HERRINGTON & SUTCLIFFE LLP

By _____
WILLIAM L. ANTHONY
KAI TSENG
MATTHEW J. HULT
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: January _____, 2006

_____
Vaughn R. Walker
United States District Judge

-2-
EM\7198165.3
347269-904400
STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY TO ALLOW SAMSUNG TO TAKE DEPOSITION OF DAVID N. LATHROP; CASE NO. C-00-4524 VRW

DLA PIPER RUDNICK
GRAY CARY US LLP