1  WILLIAM L. ANTHONY, JR. (State Bar No. 71910)
   wanthony@orrick.com
2  CRAIG R. KAUFMAN (State Bar No. 159458)
   ckaufman@orrick.com
3  KAI TSENG (State Bar No. 193756)
   ktseng@orrick.com
4  MATTHEW J. HULT (State Bar No. 197137)
   matthult@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, California  94025
   Telephone:    (650) 614-7400
7  Facsimile:    (650) 614-7401

8  Attorneys for Defendant
   COMPAL ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> QUANTA COMPUTER, INC., QUANTA COMPUTER USA, INC. and COMPAL, ELECTRONICS, INC. <br><br> Defendants. | CASE NO:  C 004524 VRW (JCS) <br><br> **STIPULATED REQUEST TO CHANGE THE HEARING DATE FOR DEFENDANTS' DISPOSITIVE MOTIONS AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 6-2(a), the parties, by and through their respective counsel of record, hereby submit this stipulated request to change the August 17, 2006 hearing date for Defendants' pending summary judgment and *Daubert* motions (collectively "Defendants' Motions"), as set by the Clerk's Notice dated June 7, 2006. The parties submit this request to accommodate the conflicting schedules of Compal's counsel. Counsel for Compal is unavailable on August 17, 2006, as explained in the Declaration of Craig R. Kaufman In Support of the Parties' Stipulated Request To Change the Hearing Date For Defendants' Dispositive Motions And [Proposed] Order ("Kaufman Decl.") ¶¶ 6, 7.

The date for hearing dispositive motions has been continued twice previously. Dispositive motions were originally scheduled to be heard on May 11, 2006. Kaufman Decl. ¶ 2. At Compal's request, and over Samsung's objection, the Court changed the hearing date for dispositive motions from May 11, 2006 to June 15, 2006. Kaufman Decl. ¶ 2, Exh. A. On June 7, 2006, the Court, *sua sponte*, issued a Clerk's Notice vacating the hearing scheduled for June 15, 2006, and resetting the hearing for August 17, 2006. Kaufman Decl. ¶ 5, Exh. C. In a June 7, 2006, letter to the Court, Samsung had requested, because this action has been pending since 2000, that the hearing be reset in July 2006 rather than at a later time. The Clerk's Notice also reset the Pretrial Conference in this action from August 8, 2006 to October 3, 2006. *Id.* No trial date has been set by the Court.

Counsel have compared schedules and have identified Thursday, August 3, 2006, as a date on which all counsel are available to attend a hearing for Defendants' Motions. The parties hereby jointly request that the Court reschedule the hearing for Defendants' Motions to Thursday, August 3, 2006 at 2:00 p.m. If the Court is unavailable on August 3, the parties hereby jointly request that the Court reschedule the hearing for Defendants' Motions to Thursday, August 31, 2006 at 2:00 p.m. The date for the Pretrial Conference will remain October 3, 2006, as scheduled in the June 7, 2006 Clerk's Notice.

///
///
///

-1-

STIPULATED REQUEST TO CHANGE THE HEARING DATE FOR DEFENDANTS' DISPOSITIVE MOTIONS AND [PROPOSED] ORDER, CASE NOS. C 00-4524 VRW

THE PARTIES HEREBY STIPULATE as follows:

1. The Defendant's pending summary judgment and *Daubert* motions shall be heard on August 3, 2006 at 2:00 p.m., if the Court's schedule will allow the motions to be heard on that day. Otherwise, the motions will be heard on August 31, 2006 at 2:00 p.m.

Dated: June ___, 2006     ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Craig R. Kaufman
Attorneys for Defendant and Counterclaimant
COMPAL ELECTRONICS, INC.

Dated: June 20, 2006     DLA PIPER RUDNICK GRAY CARY US LLP

_____
Sal Lim
Attorneys for Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

Dated: June ___, 2006     PAUL, HASTINGS, JANOFSKY & WALKER LLP

_____
Terry D. Garnett
Attorneys for Defendants and Counterclaimants
QUANTA COMPUTER, INC. and QUANTA COMPUTER USA, INC.

## ORDER

1. The hearing date for Defendants' pending summary judgment and *Daubert* motions is hereby reset for August 3, 2006, at 2:00 p.m. [or August 31, 2006 at 2:00 p.m.]. The date for the Pretrial Conference will remain October 3, 2006.

**IT IS SO ORDERED.**

Dated: June ___, 2006

_____
Vaughn R. Walker
United States District Judge

-2-   STIPULATED REQUEST TO CHANGE THE HEARING DATE FOR DEFENDANTS' DISPOSITIVE MOTIONS AND [PROPOSED] ORDER. CASE NOS. C 00-4524 VRW

C:\Documents and Settings\slim\Local Settings\Temporary Internet Files\OLK41\260041723(3)_Samsung_Compal - Revised stip (2) (4).DOC

THE PARTIES HEREBY STIPULATE as follows:

1. The Defendant's pending summary judgment and *Daubert* motions shall be heard on August 3, 2006 at 2:00 p.m., if the Court's schedule will allow the motions to be heard on that day. Otherwise, the motions will be heard on August 31, 2006 at 2:00 p.m.

Dated: June __, 2006

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Craig R. Kaufman
Attorneys for Defendant and Counterclaimant
COMPAL ELECTRONICS, INC.

Dated: June __, 2006

DLA PIPER RUDNICK GRAY CARY US LLP

_____
Mark Fowler
Attorneys for Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

Dated: June 20, 2006

PAUL, HASTINGS, JANOFSKY & WALKER LLP

_____
Terry D. Garnett
Attorneys for Defendants and Counterclaimants
QUANTA COMPUTER, INC. and QUANTA COMPUTER USA, INC.

## ORDER

1. The hearing date for Defendants' pending summary judgment and *Daubert* motions is hereby reset for ~~August 3, 2006, at 2:00 p.m. [or~~ August 31, 2006 at 2:00 p.m.]. The date for the Pretrial Conference will remain October 3, 2006.

**IT IS SO ORDERED.**

Dated: June 23, 2006

_____
Vaughn R. Walker
United States District Judge

-2-

STIPULATED REQUEST TO CHANGE THE HEARING DATE FOR DEFENDANTS' DISPOSITIVE MOTIONS AND [PROPOSED] ORDER, CASE NOS. C 00-4524 VRW