IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
SAMSUNG ELECTRONICS CO, LTD,        No   C-00-4524 VRW

       Plaintiff,                        ORDER

       v

QUANTA COMPUTER, INC et al,

       Defendants.
                                    /
```

      On August 31, 2006, following the hearing on defendants' *Daubert* and summary judgment motions, the court scheduled trial to begin October 30, 2006, although this date depended on the conclusion of a previously scheduled criminal case.  Defendant Compal Electronics, Inc has moved to continue the trial date to January 8, 2007, Doc #433, due to the inconvenience of trailing another matter.  But this inconvenience no longer exists as the other matter has been continued to a later date.  Accordingly, the court DENIES Compal's motion.  This case is set for trial on October 30, 2006.

      IT IS SO ORDERED.

 

VAUGHN R WALKER

United States District Chief Judge