**ORIGINAL**

RECEIVED

SEP 21 PM 12:17

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

1   MARK D. FOWLER (SB# 124235)
    mark.fowler@dlapiper.com
2   M. ELIZABETH DAY (SB# 177125)
    elizabeth.day@dlapiper.com
3   SAL LIM (SB# 211836)
    sal.lim@dlapiper.com
4   GREGORY J. LUNDELL (SB# 234941)
    greg.lundell@dlapiper.com
5   HILLARY R. NOLL (SB# 233173)
    hillary.noll@dlapiper.com
6   DLA PIPER US LLP
    2000 University Avenue
7   East Palo Alto, CA 94303-2248
    Telephone: (650) 833-2000
8   Facsimile: (650) 833-2001

9   Attorneys for Plaintiff
    SAMSUNG ELECTRONICS CO., LTD.

10
    TERRY D. GARNETT (SB# 151212)
11  terrygarnett@paulhastings.com
    VINCENT K. YIP (SB# 170665)
12  vincentyip@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
13  515 South Flower Street
    Twenty-Fifth Floor
14  Los Angeles, CA 90071-2228
    Telephone: (213) 683-6000
15  Facsimile: (213) 627-0705

16  Attorneys for Defendants
    QUANTA COMPUTER, INC., QUANTA COMPUTER USA, INC. and
17  Q-LITY COMPUTER, INC.

**FILED**

SEP 25 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                      SAN FRANCISCO DIVISION

21

22  SAMSUNG ELECTRONICS CO., LTD.,          Case No. C 00 4524 (VRW)
                                            JURY DEMANDED
23              Plaintiff,

24      vs.                                 **STIPULATION AND [PROPOSED]**
                                            **ORDER FOR DISMISSAL WITH**
25  QUANTA COMPUTER, INC.,                  **PREJUDICE**
    QUANTA COMPUTER USA, INC. and
26  Q-LITY COMPUTER, INC.,

27              Defendants.

28

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE

1      Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), Plaintiff and

2 Counterdefendant Samsung Electronics Co., Ltd. ("Samsung"), by and through its counsel of

3 record, and Defendants and Counterclaimants Quanta Computer Inc., Quanta Computer USA,

4 Inc., and Q-Lity Computer, Inc. (collectively "Quanta"), by and through their attorneys of record,

5 agree and stipulate as follows:

6      1. All claims and counterclaims in this action brought by Samsung against Quanta or by

7 Quanta against Samsung are hereby dismissed with prejudice; and

8      2. Each party is to bear its own costs and attorneys' fees in connection with these claims

9 and counterclaims.

10

11                            **DLA PIPER US LLP**

12 Dated: September 21, 2006   By: _____

13                                  MARK D. FOWLER (SBN 124235)
                                 Attorney-in-Charge

14                                  mark.fowler@dlapiper.com
                                 M. ELIZABETH DAY (SBN 177125)

15                                  elizabeth.day@dlapiper.com
                                 SAL LIM (SBN 211836)

16                                  sal.lim@dlapiper.com
                                 GREGORY J. LUNDELL (SBN 234941)

17                                  greg.lundell@dlapiper.com
                                 HILLARY R. NOLL (SBN 233173)

18                                  hillary.noll@dlapiper.com

19                                  **ATTORNEYS FOR PLAINTIFF,
SAMSUNG ELECTRONICS CO., LTD.**

20

21                            **PUAL, HASTINGS, JANOFSKY & WALKER LLP**

22 Dated: September 21, 2006   By: _____

23                                  TERRY D. GARNETT (SBN 151212)
                                 Attorney- in-Charge

24                                  terrygarnett@paulhastings.com
                                 VINCENT K. YIP (SBN 170665)

25                                  vincentyip@paulhastings.com

26                                  **ATTORNEYS FOR DEFENDANTS,
QUANTA COMPUTER, INC.,**

27                                  **QUANTA COMPUTER USA, INC. and
Q-LITY COMPUTER, INC.**

28

1

2

## **ORDER**

3        PURSUANT TO STIPULATION, all claims and counterclaims between Samsung and

4    Quanta are hereby dismissed with prejudice, with Samsung and Quanta to bear their own

5    attorneys' fees and costs.

6

7        IT IS SO ORDERED.

8

9                                                                _____

                                                                 **VAUGHN R. WALKER**
10                                                               United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE

1                               PROOF OF SERVICE

2

         Samsung Electronics Co., Ltd. v. Quanta Computer, Inc., et al.
            U.S.D.C., Northern District, San Francisco Division
3                    Case No. C 00-4524 VRW

4  I, Larry Landry, declare as follows:

5  I am a citizen of the United States and a resident of the State of California.  I am employed in San
    Mateo County, State of California, in the office of a member of the bar of this Court, at whose
6  direction the service was made.  I am over the age of eighteen years, and not a party to the within
    action.  My business address is 2000 University Avenue, East Palo Alto, California  94303.  On
7  the date set forth below I served:

8  **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

9

10    ☐    [BY OVERNIGHT DELIVERY] by consigning such copy in a sealed envelope
              to an overnight delivery courier for next business day delivery to the person(s) at
11            the address(es) set forth below.

12    ☒    By placing such a copy enclosed in a sealed envelope postage thereon fully
             prepared, in the United States Postal Service for collection and mailing this day
13            in accordance with ordinary business practices at DLA Piper US LLP.

14    ☐    by personally delivering the document(s) listed above to the person(s) at the
             address(es) set forth below.
15    ☒    By consigning such copy to a facsimile operator for transmission on this date.

16  Terry D. Garnett, Esq.              Matthew J. Hult, Esq.
    PAUL HASTINGS, JANOFSKY & WALKER  ORRICK, HERRINGTON & SUTCLIFFE LLP
17  515 South Flower Street, 25th Floor      1000 Marsh Road
    Los Angeles, CA 90071-2228          Menlo Park, CA  94025
18  Fax: (213) 627-0705              Fax:  (650) 614-7401

19  I am readily familiar with DLA Piper LLP's practice for collection and processing of
20  correspondence for delivery according to instructions indicated above.  In the ordinary course of
    business, correspondence would be handled accordingly.

21  I declare under penalty of perjury that the foregoing is true and correct to the best of my
22  knowledge.  Executed at East Palo Alto, California on September 21, 2006.

23

24                             Larry Landry

25

26

27

28

                                   -1-

DLA PIPER RUDNICK
GRAY CARY US LLP    1190860-904400
    PA\10448393.1                              PROOF OF SERVICE