IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO, LTD, | No | C-00-4524 VRW |
| Plaintiff, | | SPECIAL VERDICT FORM |
| v | | |
| COMPAL ELECTRONICS, INC, | | |
| Defendant. | | |

With respect to the claims of the '273 patent, we the jury in the above-entitled action find as follows:

| | Question | Claims | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1* | 3 | 4 | 5* | 6 | 7 |
| 1 | Has Samsung proven by a preponderance of the evidence that Compal literally infringed any asserted claim of the '273 patent? ("yes" is a finding for Samsung; "no" is a finding for Compal) | | | | | | |
| 2 | Has Samsung proven by a preponderance of the evidence that Compal infringed any asserted claim of the '273 patent under the doctrine of equivalents? ("yes" is a finding for Samsung; "no" is a finding for Compal) | | | | | | |
| 3 | Has Samsung proven by a preponderance of the evidence that Compal contributed to the infringement by another of any asserted claim of the '273? ("yes" is a finding for Samsung; "no" is a finding for Compal) | | | | | | |
| 4 | Has Samsung proven by a preponderance of the evidence that Compal induced another to infringe any asserted claim of the '273? ("yes" is a finding for Samsung; "no" is a finding for Compal) | | | | | | |
| 5 | Has Compal proven by clear and convincing evidence that any of the following claims of the '273 patent are invalid on the ground of anticipation? ("yes" is a finding for Compal; "no" is a finding for Samsung) | | | | | | |
| 6 | Has Compal proven by clear and convincing evidence that any of the following claims of the '273 patent are invalid on the ground of obviousness? ("yes" is a finding for Compal; "no" is a finding for Samsung) | | | | | | |

* Claims 1 and 5 are independent claims.  Claims 3, 4 and 6, 7 are dependent claims under claims 1 and 5, respectively.  With respect to questions 1-4, if you find that an independent claim is not infringed, you must find that its dependent claims are also not infringed.

2

Only answer questions 7 and 8 if you found at least one of the claims infringed and not invalid.

### Question 7

Has Samsung proven by clear and convincing evidence that Compal's infringement of the '273 patent was willful? ("yes" is a finding for Samsung; "no" is a finding for Compal)

Yes____    No____

### Question 8

What amount of damages should be awarded to Samsung for infringement of the '273 patent by Compal?

$_____

We, the jury, have unanimously agreed to the answers to the above questions, and return such answers in open court as our verdict in this case.

Dated:_____    Foreperson:_____

United States District Court
For the Northern District of California

3