# ORIGINAL

1  MARK D. FOWLER (Bar No. 124235)
   mark.fowler@dlapiper.com
2  M. ELIZABETH DAY (Bar No. 177125)
   elizabeth.day@dlapiper.com
3  SAL LIM (Bar No. 211836)
   sal.lim@dlapiper.com
4  GREGORY J. LUNDELL (Bar No. 234941)
   greg.lundell@dlapiper.com
5  **DLA PIPER US LLP**
   2000 University Avenue
6  East Palo Alto, CA 94303-2248
   Telephone: (650) 833-2000
7  Facsimile: (650) 833-2001

8  Attorneys for Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.
9

WILLIAM L. ANTHONY (Bar No. 106908)
wanthony@orrick.com
CRAIG R. KAUFMAN (Bar No. 159458)
ckaufman@orrick.com
KAI TSENG (Bar No. 193756)
ktseng@orrick.com
MATTHEW J. HULT (Bar No. 197137)
matthult@orrick.com
**ORRICK, HERRINGTON &**
**SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7355
Facsimile: (650) 614-7401

Attorneys for Defendants
COMPAL ELECTRONICS, INC.

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  SAMSUNG ELECTRONICS CO., LTD.,        │ CASE NO. C 00-4524 VRW

15            Plaintiff,                   │ **STIPULATION AND [PROPOSED] ORDER**
                                           │ **FOR DISMISSAL WITH PREJUDICE**
16        v.

17  COMPAL ELECTRONICS, INC.,

18            Defendants.                  │ **JUDGE: HON. VAUGHN R. WALKER**

19

20

21       Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), Plaintiff and

22  Counterdefendant Samsung Electronics Co., Ltd. ("Samsung"), by and through its counsel of

23  record, and Defendants and Counterclaimants Compal Electronics, Inc. ("Compal"), by and

24  through their attorneys of record, agree and stipulate as follows:

25       1.       All claims and counterclaims in this action brought by Samsung against Compal or

26  by Compal against Samsung are hereby dismissed with prejudice; and

27  ///

28  ///

03/

2.    Each party is to bear its own costs and attorneys' fees in connection with these

claims and counterclaims.

DLA PIPER US LLP

Dated: March 19, 2007

By: _____
MARK D. FOWLER
M. ELIZABETH DAY
SAL LIM
GREGORY J. LUNDELL

ATTORNEYS FOR PLAINTIFF,
SAMSUNG ELECTRONICS CO., LTD.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: March 19, 2007

By: _____
WILLIAM L. ANTHONY, JR
CRAIG R. KAUFMAN
KAI TSENG
MATTHEW J. HULT

ATTORNEYS FOR DEFENDANT
COMPAL ELECTRONICS

**ORDER**

PURSUANT TO STIPULATION, this matter is hereby dismissed with prejudice, with all

parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

_____
**VAUGHN R. WALKER**
United States District Judge

2 2 MAR 2007